1024

[Nos. 25143-8-III; 25991-9-III.  Division Three.  January 8, 2008.]

*In the Matter of the Marriage of* Viki L. McCartney, *Appellant,* and Myles A. McCartney, *Respondent.*

Appeals from a judgment of the Superior Court for Benton County, No. 02-3-00947-7, Craig J. Matheson, J., entered March 8, 2006 and March 31, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Stephens, J. Pro Tem.

[No. 25377-5-III.  Division Three.  January 8, 2008.]

The State of Washington, *Respondent,* v. Gary D. Engelstad, Jr., *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 06-1-00125-6, Michael E. Cooper, J., entered July 17, 2006. *Reversed* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 25470-4-III.  Division Three.  January 8, 2008.]

The State of Washington, *Respondent,* v. A.N.J., *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 04-8-00370-7, Kenneth L. Jorgensen, J., entered August 29, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Kulik, J., and Stephens, J. Pro Tem.

[No. 25652-9-III.  Division Three.  January 8, 2008.]

Ismelia Galvan Vargas, *Appellant,* v. Jose Luis Zesati, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 02-2-01242-5, Michael E. Schwab, J., entered October 20, 2006. *Reversed* and *remanded* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Brown and Kulik, JJ.